UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAMON PATTERSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | No. 1:22-cv-01049-ADA-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF CORAM NOBIS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 5) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of coram nobis. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2022,[1] the assigned Magistrate Judge issued findings and recommendations that recommended dismissing the petition for writ of coram nobis. (ECF No. 5.) The findings and recommendations were served on Petitioner and contained notice that any objections were to be filed within thirty days of the date of service of the findings and recommendations. To date, no objections have been filed, and the time for doing so has passed.

///

///

---

[1] The findings and recommendations were signed on September 5, 2022 and docketed on September 6, 2022.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 6, 2022, (ECF No. 5), are adopted, in full;
2. The petition for writ of coram nobis is dismissed; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   November 9, 2022

UNITED STATES DISTRICT JUDGE

2